

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00213-CV

**IN RE Z GOLF & BEVERAGE SERVICES, LLC** d/b/a Wedgewood Weddings, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Adrian A. Spears II, Justice

Delivered and Filed: June 17, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

On March 13, 2026, relator Z Golf Food & Beverage Services, LLC d/b/a Wedgewood Weddings filed a petition for writ of mandamus. On March 30, 2026, we requested a response to the petition. After considering relator's petition, real party in interest Karen Wallace's response, relator's reply, and the mandamus record, we conclude relator is not entitled to the relief sought. Accordingly, relator's petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2025CI05024, styled *Karen Wallace v. Scenic Springs, LLC and Z Golf Food & Beverage Services, LLC d/b/a Wedgewood Weddings*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.